Anna W. Drake, No. A0909
ANNA W. DRAKE, P.C.
175 South Main Street, Suite 300
Salt Lake City, UT  84111
Telephone: (801) 328-9792
Facsimile:  (801) 413-1620
Email:  annadrake@att.net
   Attorney for Debtor

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| In re: | Bankruptcy No. 14-22027 |
|---|---|
| JACKIE VAN LEEUWEN, | (Chapter 7) |
| Debtor. | Honorable Joel T. Marker |

**NOTICE OF RESPONSE TO TRUSTEE'S DIRECTIVE
FOLLOWING MEETING OF CREDITORS**

PLEASE TAKE NOTICE that on May 27, 2014, Jackie Van Leeuwen (**"Debtor"**) responded to each of the Trustee's directives by delivering to her a binder containing all responses and documents.  In addition, on May 23, 2014, the Debtor filed her *Amended Statement of Financial Affairs, Amended Schedules*, and an *Amended Statement of Intent*.

DATED this 4th day of June, 2014.

*Anna W. Drake*
Anna W. Drake, No. 0909
ANNA W. DRAKE, P.C.
175 South Main Street, Suite 300
Salt Lake City, Utah 84111
  Attorney for Debtor

Response to Trustee's Directive.wpd

**CERTIFICATE OF SERVICE - BY NOTICE OF ELECTRONIC FILING (CM/ECF)**

      I hereby certify that on June 4, 2014, I electronically filed the foregoing Notice with the United States Bankruptcy Court for the District of Utah by using the CM/ECF system. I further certify that the parties of record in this case, as identified below, are registered CM/ECF users and will be served through the CM/ECF system:

| | |
|---|---|
| Lou G. Harris | louharrislaw@gmail.com, lghfreelooks@gmail.com |
| Armand J. Howell | howell@mmojlaw.com, howell@mathesonhowell.com |
| Mary M. Hunt tr | hunttrustee@gmail.com, hunt.peggy@dorsey.com; UT18@ecfcbis.com |
| United States Trustee | USTPRegion19.SK.ECF@usdoj.gov |

*Anna W. Drake*
Anna W. Drake, No. 0909

Response to Trustee's Directive.wpd